UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-6050 CAS (RZx) | Date | August 1, 2012 |
|---|---|---|---|
| Title | ARTEXT, INC. v. ANGELICA CORP. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED FOR UNTIMELY REMOVAL**

## I.     INTRODUCTION

On April 27, 2012, plaintiff Artext, Inc. initiated the instant action in the Los Angeles County Superior Court against defendant Angelica Corporation, alleging claims for breach of contract, breach of the implied covenant of good faith and fair dealing, fraud, promise without intent to perform, and common counts. Defendant was served with a copy of the summons and complaint on May 17, 2012. Dkt. No. 1 ¶ 5. On July 13, 2012, defendant filed a notice of removal pursuant to diversity jurisdiction, 28 U.S.C. § 1332.

Pursuant to 28 U.S.C. §1446(b), a notice of removal in a civil action must be filed within thirty days after the defendant receives a copy of the complaint or summons. Defendant acknowledges receipt of the summons and complaint on May 17, 2012, see Dkt. No. 1 ¶ 5, yet defendant's notice of removal is dated July 13, 2012, more than thirty days later. Therefore, defendant's removal appears untimely.

Defendant is hereby ORDERED to SHOW CAUSE no later than **August 21, 2012** why the instant action should not be remanded for untimely removal.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |