JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEXT, INC., | Case No. CV 12-6050 FMO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANGELICA CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing With Prejudice Artext's Remaining Claims and Entering Judgment in Favor of Angelica on Angelica's Remaining Claims, filed October 25, 2013, and the Court's Order re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Artext, Inc.'s ("Artext") second, third and sixth causes of action are dismissed with prejudice.  Summary judgment is granted in favor of Angelica Corporation ("Angelica") on Artext's first, fourth and fifth causes of action.

2. Judgment is hereby entered in favor of Angelica on Angelica's first and second causes of action.  Summary judgment is granted in favor of Angelica on Angelica's third cause of action.

3. Artext shall pay Angelica the amount of $159,348.00 in compensatory damages on Angelica's first and second causes of action against Artext.

4. Artext, Inc. shall pay Angelica $211,640.00 in attorney's fees and $8,042.35 in costs, for a total of $219,682.35.

5. Angelica has no further purchase obligations under the Agreement.

6. The above-captioned action is dismissed with prejudice.

Dated this 30th day of December, 2014.

/s/
Fernando M. Olguin
United States District Judge

2